675 A.2d 1237

**DELAWARE COUNTY PRISON EMPLOYEES INDEPENDENT UNION, Robert Pizzi, and Michael Pelleritti, Respondents,**

v.

**DELAWARE COUNTY, PA, the Delaware County Council, Ward T. Williams, Paul G. Mattus, Thomas H. Killion, Wallace N. Nunn, John J. McFadden, the Delaware County Board of Prison Inspectors, Charles Sexton, William Kelly, Elizabeth Signor, John McKenna, and Wackenhut Corrections Corporation, Petitioners.**

Supreme Court of Pennsylvania.

May 23, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 23rd day of May, 1996, the Order of the Commonwealth Court, dated May 6, 1996, at Nos. 981–983 C.D.1996, is hereby **VACATED.**

NEWMAN, J., dissents.